IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR384 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| BRUCE SCOVILL, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal requesting the brief filed on March 31, 2006 as document No. 24 be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the brief filed on March 13, 2006 and docketed as document No. 24 shall be placed under seal.

DATED this 12th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
United States Judge