IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRUCE SCOVILL,<br><br>                Defendant. | **8:05CR384**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on May 3, 2024 regarding Petition for Offender Under Supervision [42].  Yvonne Sosa represented the defendant.  Christopher Ferretti represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant requested a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The preliminary hearing is scheduled before U.S. Magistrate Judge F.A. Gossett in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:30 a.m. on May 7, 2024

      The government moved for detention based upon risk of danger to the community.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to U.S. Magistrate Judge F.A. Gossett in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:30 a.m. on May 7, 2024. The defendant will remain detained pending further order of the court.

      **IT IS SO ORDERED**.

      Dated this 3rd day of May, 2024.

                                                                                       BY THE COURT:

                                                                                       s/ F.A. Gossett, III
                                                                                       United States Magistrate Judge