FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 AUG 22 AM 11:13

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR384 |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| BRUCE D. SCOVILL, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Defendant's final supervised release hearing. Defense counsel requests defendant be released to live at 4406 S. 48th Street, Omaha, NE 68117, and to attend sex offender treatment at Great Plains, LLC.

The Court, being fully advised in the premises, finds that the request should be granted.

**IT IS THEREFORE ORDERED** that:

1. Defendant shall be released from the U.S. Marshal's custody on Tuesday, August 22, 2024, no later than 1:45 p.m. from the Hruska Federal Courthouse in Omaha, Nebraska. Ponca Express will transport Defendant directly to 4502 Reddick Ave., Omaha, NE 68152, for the Defendant to then self-transport to 4406 S. 48th street, Omaha, NE 68117.

2. The U.S. Marshal Office shall release Defendant with a 30-day supply of his current medications.

3. In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release.

4. Further, the Court orders that if the Defendant fails to live and reside at 4406 S. 48th Street, Omaha, NE 68117 and attend sex offender treatment with Great Plains, LLC, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 22nd of August 2024.

BY THE COURT:

_____
Senior Judge Joseph F. Bataillon